**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000886
27-JUN-2017
09:05 AM**

NO. CAAP-16-0000886

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE
CERTIFICATEHOLDERS FOR ARGENT SECURITIES INC. 2006-W5,
ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-W5,
Plaintiff-Appellee,
vs.
STUART LEE BAILEY,
Defendant-Appellant,
and
SHERI ANN KAYO LEE; HAWAII STATE FEDERAL CREDIT UNION,
Defendants-Appellees,
and
DOES 1-20, INCLUSIVE,
Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0477)


ORDER APPROVING THE JUNE 21, 2017
STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed June 21, 2017, by Plaintiff-Appellee Deutsche Bank National Trust Company, the papers in support, and the record, it appears that (1) the appeal was docketed on February 23, 2017; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and

signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, June 27, 2017.

Presiding Judge

Associate Judge

Associate Judge